# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| CASEY KIA TABATABEE, | : | |
| Petitioner | : | |
| VS. | : | |
| ERIC HOLDER, *et al.*, | : | NO. 5:12-CV-217 (MTT) |
| Respondents | : | 28 U.S.C. § 2241 |

_____

| | | |
|---|---|---|
| CASEY KIA TABATABEE, | : | |
| Petitioner | : | |
| VS. | : | |
| Warden DON BARROW, | : | NO. 5:12-CV-219 (MTT) |
| Respondent | : | 28 U.S.C. § 2254 |

_____

Before the Court is **CASEY KIA TABATABEE'S** "Motion for Clarification of Order." On June 11, 2012, Petitioner filed two habeas corpus actions in this Court, one under 28 U.S.C. § 2241 and one under 28 U.S.C. § 2254. ***Tabatabee v. Holder***, 5:12-cv-217 (MTT) (section 2241); ***Tabatabee v. Barrow***, 5:12-cv-219 (MTT) (section 2254). Petitioner filed a single set of exhibits for both petitions and incorporated certain of the allegations of his section 2241 petition into his section 2254 petition. Because, in the section 2254 action, Petitioner challenged his conviction in Forsyth County, this Court transferred said action to the Northern District of Georgia. The

instant motion has been docketed in both actions. In his motion, Petitioner appears to ask for clarification of whether the exhibits were included with both of his petitions and whether the factual allegations from his section 2241 petition incorporated into his section 2254 petition will be considered in the disposition of the latter.

The Court hereby informs Petitioner that his exhibits were docketed in both the section 2241 and section 2254 actions. Petitioner should address issues regarding his section 2254 action to the Court in the Northern District of Georgia, which now has exclusive jurisdiction over said action. *See Roofing & Sheet Metal Servs., Inc. v. LaQuinta Motor Inns, Inc.*, 689 F.2d 982, 988 n.10 (11th Cir. 1982) ("When the files in a case are physically transferred to the transferee district, the transferor court loses all jurisdiction of the case."). Except as stated in this Order, Petitioner's motion is hereby **DENIED**.

**SO ORDERED**, this 28th day of June, 2012.

                                               S/ Marc T. Treadwell
                                               MARC T. TREADWELL, JUDGE
                                               UNITED STATES DISTRICT COURT